■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SIMPSON, Appellant. [599 NYS2d 1008] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered March 28, 1991.

Ordered that the judgment is affirmed (see, *People v Pellegrino,* 60 NY2d 636). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL VELEZ, Appellant. [599 NYS2d 1008] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered April 7, 1992.

Ordered that the judgment is affirmed (see, *People v Pellegrino,* 60 NY2d 636). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.